IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Robert Adams aka Jason Adams aka Jason R. Adams; Autumn Elizabeth Adams aka Autumn Adams aka Autumn E. Adams fka Autumn Sikora fka Autumn E. Sikora fka Autumn Elizabeth Sikora <br><br> Debtor(s) | BK NO. 22-01829 MJC <br><br> Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
21 May 2025, 09:56:41, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322