Fill in this information to identify the case:

Debtor 1    JASON ROBERT ADAMS aka Jason Adams aka Jason R. Adams
Debtor 2    AUTUMN ELIZABETH ADAMS aka Autumn Adams aka Autumn E. Adams fka Autumn Sikora fka Autumn E. Sikora fka Autumn Elizabeth Sikora
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
Case number 5:22-bk-01829-MJC

Official Form 410S1
## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no**. (if known): 12

**Last four digits** of any number you use to identify the debtor's account: 3522

**Date of payment change:** 11/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $663.67
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 165.39    **New escrow payment:**   $ 170.78

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**  _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ ____    **New mortgage payment:**  $ _____

Debtor1  JASON ROBERT ADAMS aka Jason Adams aka Jason R. Adams    Case number *(if known)* 5:22-bk-01829-MJC
  First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘  */s/ Mario Hanyon*    Date 10/09/2023
  Signature

**Print: Mario Hanyon (203993)**    Title Attorney
  First Name   Middle Name   Last Name

Company  Brock & Scott, PLLC

  Address  3825 Forrestgate Dr.
   Number   Street

  Winston-Salem, NC 27103
   City   State   ZIP Code

Contact phone  844-856-6646    Email PABKR@brockandscott.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>JASON ROBERT ADAMS aka Jason Adams aka Jason R. Adams AND AUTUMN ELIZABETH ADAMS aka Autumn Adams aka Autumn E. Adams fka Autumn Sikora fka Autumn E. Sikora fka Autumn Elizabeth Sikora | Case No. 5:22-bk-01829-MJC<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JASON ROBERT ADAMS aka Jason Adams aka Jason R. Adams AND AUTUMN ELIZABETH ADAMS aka Autumn Adams aka Autumn E. Adams fka Autumn Sikora fka Autumn E. Sikora fka Autumn Elizabeth Sikora,<br>    Debtors | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Jason Paul Provinzano, Debtor's Attorney
16 W. Northampton Street
Wilkes Barre, PA 18701
MyLawyer@JPPLaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

JASON ROBERT ADAMS
1271 HUNLOCK HARVEYVILLE RD
HUNTINGTON MILLS, PA 18622-1117

AUTUMN ELIZABETH ADAMS
1271 HUNLOCK HARVEYVILLE RD
HUNTINGTON MILLS, PA 18622-1117

Date: October 9, 2023

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**
**Account Information**

JASON R ADAMS
1271 HUNLOCK HARVEYVILLE RD
HUNTINGTON MILLS PA 18622-1117

| | |
|---|---|
| Loan Number: | |
| Property Address: | 1271 HUNLOCK HARVEYVILLE HUNTINGTON HILLS PA 18622 |
| Statement Date: | 09/21/2023 |
| Current Payment Amount: | $658.28 |
| **New Payment Amount:** | **$663.67** |
| **New Payment Effective Date:** | **11/01/2023** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $89.97. A surplus check in the amount of $89.97 to be printed and mailed in a separate document.

| | |
|---|---|
| Projected Minimum Balance | $431.53 |
| - Required Minimum Balance | $341.56 |
| Surplus | $89.97 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



**PART 1**

**Your Mortgage Payment**

Payment information beginning with your 11/01/2023 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $492.89 | $492.89 |
| Escrow Payment: | $165.39 | $170.78 |
| **Total Payment:** | **$658.28** | **$663.67** |

**Surplus check will be sent under separate cover.**



# PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

## Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $330.84 |
| Oct 2022 | $165.39 | $0.00 | | $496.23 |
| Nov 2022 | $165.39 | $0.00 | | $661.62 |
| Dec 2022 | $165.39 | $0.00 | | $827.01 |
| Jan 2023 | $165.39 | $0.00 | | $992.40 |
| Feb 2023 | $165.39 | $0.00 | | $1,157.79 |
| Mar 2023 | $165.39 | $0.00 | | $1,323.18 |
| Apr 2023 | $165.39 | $449.79 | TOWNSHIP TAX | $1,038.78 |
| May 2023 | $165.39 | $0.00 | | $1,204.17 |
| Jun 2023 | $165.39 | $0.00 | | $1,369.56 |
| Jul 2023 | $165.39 | $0.00 | | $1,534.95 |
| Aug 2023 | $165.39 | $0.00 | | $1,700.34 |
| Sep 2023 | $165.39 | $909.00 | HOMEOWNERS | $956.73 |
| Sep 2023 | $0.00 | $625.95 | SCHOOL/ISD TAX | $330.78 |
| Total | $1,984.68 | $1,984.74 | | |

## Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $81.53 |
| Oct 2022 | $165.39 | $0.00 | | $246.92 |
| Nov 2022 | $165.39 | $0.00 | | $412.31 |
| Dec 2022 | $165.39 | $0.00 | | $577.70 |
| Jan 2023 | $165.39 | $0.00 | | $743.09 |
| Feb 2023 | $165.39 | $0.00 | | $908.48 |
| Mar 2023 | $165.39 | $462.09 * | | $611.78 |
| Apr 2023 | $165.39 | $0.00 | | $777.17 |
| May 2023 | $165.39 | $0.00 | | $942.56 |
| Jun 2023 | $414.70 | $0.00 | | $1,357.26 |
| Jul 2023 | $165.39 | $0.00 | | $1,522.65 |
| Aug 2023 | $165.39 | $0.00 | | $1,688.04 |
| Sep 2023 | $165.39 | $647.28 * | | $1,206.15 |
| Sep 2023 | $0.00 | $940.00 | HOMEOWNERS | $266.15 |
| Total | $2,233.99 | $2,049.37 | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: ███████

(This section intentionally left blank)



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

# Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|

| | |
|---|---|
| Loan Number: | |
| Property Address: | 1271 HUNLOCK HARVEYVILLE |
| | HUNTINGTON HILLS PA 18622 |
| Statement Date: | 09/21/2023 |
| Current Payment Amount: | $658.28 |
| **New Payment Amount:** | **$663.67** |
| **New Payment Effective Date:** | **11/01/2023** |

JASON R ADAMS
1271 HUNLOCK HARVEYVILLE RD
HUNTINGTON MILLS PA 18622-1117

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $940.00 |
| SCHOOL/ISD TAX | $647.28 |
| TOWNSHIP TAX | $462.09 |
| **Total Disbursements** | **$2,049.37** |

Freedom expects to pay $2,049.37 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $2,049.37 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$170.78** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $431.54 | $341.57 |
| Nov 2023 | $170.78 | $0.00 | | $602.32 | $512.35 |
| Dec 2023 | $170.78 | $0.00 | | $773.10 | $683.13 |
| Jan 2024 | $170.78 | $0.00 | | $943.88 | $853.91 |
| Feb 2024 | $170.78 | $0.00 | | $1,114.66 | $1,024.69 |
| Mar 2024 | $170.78 | $0.00 | | $1,285.44 | $1,195.47 |
| Apr 2024 | $170.78 | $462.09 | TOWNSHIP TAX | $994.13 | $904.16 |
| May 2024 | $170.78 | $0.00 | | $1,164.91 | $1,074.94 |
| Jun 2024 | $170.78 | $0.00 | | $1,335.69 | $1,245.72 |
| Jul 2024 | $170.78 | $0.00 | | $1,506.47 | $1,416.50 |
| Aug 2024 | $170.78 | $0.00 | | $1,677.25 | $1,587.28 |
| Sep 2024 | $170.78 | $647.28 | SCHOOL/ISD TAX | $1,200.75 | $1,110.78 |
| Oct 2024 | $170.78 | $940.00 | HOMEOWNERS | $431.53 | $341.56 * |
| | $2,049.36 | $2,049.37 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $89.97. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.





PO BOX 50428
INDIANAPOLIS, IN 46250-0401

JASON R ADAMS
1271 HUNLOCK HARVEYVILLE RD
HUNTINGTON MILLS PA 18622-1117

**Escrow Account Disclosure Statement**

## Account Information

Loan Number:
Property Address: 1271 HUNLOCK HARVEYVILLE
HUNTINGTON HILLS PA 18622

Statement Date: 09/21/2023
Current Payment Amount: $658.28

**New Payment Amount:** $663.67
**New Payment Effective Date:** 11/01/2023

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**